### 430.  GURR v. CARTER.

POWELL, J. The court erred in not granting the defendant's motion for a continuance, upon the plaintiff's having tendered a material amendment to his petition, whereby the defendant was surprised and rendered less prepared for trial.        *Judgment reversed.*

Complaint, from city court of Dawson—Judge Park presiding. February 27, 1907.

Argued June 25,—Decided July 4, 1907.

*W. H. Gurr,* for plaintiff in error.

*A. M. Raines, M. J. Yeomans,* contra.